

**ORDERED in the Southern District of Florida on April 11, 2025.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Amirys Dianet Hernandez                                Case No.: 24-22325-LMI
                                                                 Chapter 7
                Debtor(s)                    /

### ORDER GRANTING MOTION TO FILE THE REAFFIRMATION AGREEMENT

THIS CAUSE came before the Court on April 2, 2025, upon Debtor's Motion to Vacate the Discharge Order for the Sole Purpose of Filing the Reaffirmation Agreement with Chase Mortgage (herein "Motion"; ECF#17). The Court having reviewed the Motion and the record herein, being otherwise fully advised, it is

ORDERED as follows:

1. The Motion is GRANTED in part and denied in part as follows:

2. Pursuant to the uncontested proffer at the hearing, the Court finds that the Debtor and Chase Mortgage (herein "Creditor") entered into a valid reaffirmation agreement prior to the discharge being issued.

3. Because the reaffirmation agreement was entered into prior to discharge, even though signatures were not finalized, the agreement is enforceable.

4. The request to vacate the discharge order is DENIED. The Court will only vacate a discharge under very limited circumstances not present here.

5. The Debtor and Creditor shall be given thirty (30) days from the date of this Order to file the signed reaffirmation agreement.

6. The clerk is directed to close the case upon the filing of the reaffirmation agreement.

###

Copy furnished to: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.